UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BAUM, on behalf of himself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>CRANER, SATKIN, SCHEER, SCHWARTZ & HANNA, P.C.,<br><br>Defendant. | Case No.: 18-cv-09798-WHW-CLW<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff herein dismisses the Complaint without prejudice.

Dated this 26th day of June, 2018.

Respectfully Submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC
1373 Broad Street, Suite 203-C
Clifton, NJ 07013
Phone: 862-227-3106
Fax:  973-282-8603
dz@zemellawllc.com

**IT IS SO ORDERED:**
   **S/ William H. Walls, USDJ**
   _____
                                             U.S.D.J.